IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01581-PAB-CBS | Date: December 4, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                 *Counsel:*

RENE FOLTZ,                                                        Eric Coakley

Plaintiff,

v.

CHASE HOME FINANCE, LLC,                          Cynthia Lowery-Graber

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC STATUS CONFERENCE**
**Court in session: 09:56 a.m.**
Court calls case.  Appearances of counsel.

Renewed MOTION [21] to Dismiss has not been referred to Magistrate Judge Shaffer. Discussion regarding Unopposed MOTION [25] to Amend Scheduling Order.  There was a delay in the Defendant answering interrogatories due to a foreign document verification process at Chase Home Finance.

**ORDERED:**  The Defendant shall submit the interrogatory responses to Mr. Coakley by 5:00 p.m. on December 5, 2014.

If Mr. Coakley does not receive these responses by the imposed time limit, the Court will issue an Order to Show Cause as to why the Court should not impose sanctions against Chase Home Finance.  If an Order to Show Cause is issued, the general counsel of Chase Home Finance will have to be physically present at that hearing.

**ORDERED:**  Unopposed MOTION [25] to Amend Scheduling Order is **GRANTED.**  The fact discovery deadline is extended until February 2, 2015.
Affirmative experts shall be designated by: **March 2, 2015**
Rebuttal experts shall be designated by: **April 1, 2015**
Dispositive motion deadline: **May 1, 2015**

Parties have been in discussions regarding mediation. If parties would like a Settlement Conference, they need to file a motion.

Hearing Concluded.

**Court in recess: 10:10 a.m.**
Time in court: 00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.