IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01581-PAB-CBS | Date: February 5, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                *Counsel:*

RENE FOLTZ,                                       Eric Coakley
                                                              Catherine Krol

Plaintiff,

v.

CHASE HOME FINANCE, LLC,            Cynthia Lowery-Graber

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:25 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *MOTION [30]* to Stay Discovery.

Discussion regarding the federal claims in the case and discovery responses.

**ORDERED:**  *MOTION [30] to Stay Discovery* is **GRANTED** in part and **DENIED** in part.
All depositions and expert discovery are **STAYED**.
The defendant shall provide supplemental discovery responses by **February 19, 2015.**
If the plaintiff feels the supplemental responses are inadequate, parties shall meet and confer by **February 25, 2015.**
If after the meet and confer, the plaintiff still believes the responses are inadequate, parties shall jointly call Magistrate Judge Shaffer at (303) 844-2117 by **February 27, 2015,** to set up a hearing

HEARING CONCLUDED.          **Court in recess: 02:03 p.m.**    Total time in court: 00:38

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.